AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 06/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner/Director | North Congress Properties, LLC |
| 2. | Trustee | ▨ Irrevocable Trust |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Pigott Reeves Johnson & Minor, P.A. Retirement Plan |
| 2. | 2006 | Pigott Reeves Johnson, P.A. Partnership Agreement with former law firm |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | North Congress Properties, LLC (Rental Income) | $5,064.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Just the Beginning Foundation | September 20-23 | Chicago, IL | Conference | Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | First Commercial Bank | Mortgage on Property, Jackson, Mississippi (Part VII, Line 56) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stifel Nicolaus, Money MarketAccount | B | Interest | K | T | | | | | |
| 2. AT&T, Common | A | Dividend | J | T | | | | | |
| 3. Analog Devices Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 4. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 5. GE, Common | A | Dividend | J | T | | | | | |
| 6. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | | | | | |
| 7. Kroger, Common | A | Dividend | J | T | | | | | |
| 8. McDonalds Corp. (MCD), Common | A | Dividend | J | T | | | | | |
| 9. Merk (MRK), Common | A | Dividend | J | T | | | | | |
| 10. Microsoft (MSFT), Common | A | Dividend | J | T | | | | | |
| 11. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 12. Pepsico (PEP), Common | A | Dividend | J | T | | | | | |
| 13. Pfizer (PFE), Common | A | Dividend | J | T | | | | | |
| 14. Procter & Gamble (PG), Commn | A | Dividend | J | T | | | | | |
| 15. Qualcomm, Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 16. 3M Company (MMM), Common | A | Dividend | J | T | | | | | |
| 17. Trustmark Corp. (TRMK), Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Windstream Corp. (WIN), Common (Y) | | | | | | | | | |
| 19. YUM Brands, Inc. (YUM), Common | A | Dividend | J | T | | | | | |
| 20. First Commercial Bank, Common | A | Dividend | K | T | | | | | |
| 21. Wells Fargo Advantage, (EEAFX) (Mutual Fund) | B | Dividend | L | T | | | | | |
| 22. Eagle Capitoal Growth Fund, (GRF) (Mutual Fund) | A | Dividend | J | T | | | | | |
| 23. Invesco Insured Municipal Income Trust, (IIM) (Mutual Fund) | B | Dividend | K | T | | | | | |
| 24. FAGOX (IRA), Mutual Fund | A | Dividend | K | T | | | | | |
| 25. FAEGX (IRA), Mutual Fund | A | Dividend | J | T | | | | | |
| 26. FSOAX (IRA), Mutual Fund | A | Dividend | K | T | | | | | |
| 27. Met Life Ins. Co., PPA Variable Annuity | A | Interest | J | T | | | | | |
| 28. Pruco Life Ins.Co., Prudential Premier Retirement X, Var Ann | D | Int./Div. | N | T | | | | | |
| 29. ----AST Marsico Capital Growth | | | | | | | | | |
| 30. ----AST QMA US Equity Alpha | | | | | | | | | |
| 31. ---AST T. Rowe Price Natural Resources | | | | | | | | | |
| 32. ---AST PIMCO Total Return Bond | | | | | | | | | |
| 33. ---AST Wellington Mgmt Hedged Equity Port | | | | | | | | | |
| 34. ---AST Academic Strategies Asset Allocation | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---DCA 12 | | | | | | | | | |
| 36. College Savings Plan (Header) | | | | | | | | | |
| 37. --Scholars Edge 529 Plan | D | Int./Div. | L | T | | | | | |
| 38. ----Ages 15-17 Portfolio A | | | | | | | | | |
| 39. ----Large Cap Growth Portfolio A | | | | | | | | | |
| 40. ----International Equity Portfolio A | | | | | | | | | |
| 41. ----Agressive Portfolio A | | | | | | | | | |
| 42. ----Moderately Agressive Portfolio A | | | | | | | | | |
| 43. ---Large Cap Value Portfolio A | | | | | | | | | |
| 44. --MPACT (MS College Savings Plan) | | None | | | | | | | |
| 45. Mass Mutual Life Insrance Co | A | Dividend | J | T | | | | | |
| 46. United States Savings Bond (X) | A | Interest | J | T | | | | | |
| 47. Rental Property, Jackson, MS (2003) | D | Rent | O | Q | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Reeves, Carlton W. | 06/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Posiitions

(2) Trustee of Irrevocable Trust (unfunded trust); established to receive proceeds of life insurance policy and the insured person is still living. The trust has no asset valued at more than a $1,000. Resigned as Trustee effective April 27, 2012.

Part VII. INVESTMENTS AND TRUSTS

18. The value of this asset fell below the qualifying level

47. Date of Appraisal for Property is 6/27/2003

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 06/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544